✓ **Priority**
      ✓ **Send**
      ___ Clsd
      ✓ **Enter**
      ✓ **JS-6**
      ___ JS-2/JS-3
      ___ Scan Only

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE H. NELSON,<br><br>      Plaintiff,<br><br>  v.<br><br>HOME DEPOT, U.S.A., INC., an Arizona Corporation; ~~DELTA AIRLINES, INC., a Texas Corporation,~~<br><br>      Defendants.<br>_____ | Case No. CV 06-02903 DDP (Ex)<br><br>**ORDER OF DISMISSAL** |

THE COURT ORDERS that this action be, and hereby is, dismissed with prejudice.

THE COURT to retain jurisdiction to enforce the terms of the settlement.

The Clerk shall mail, FAX or E:mail a copy of this Order to all counsel.

Dated: March 12, 2008

_____
DEAN D. PREGERSON
United States District Judge